UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KAREN MISKO, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-3080-M (BF) |
| JANE BACKES d/b/a BACKES § | |
| QUARTER HORSES, § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DENYING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated July 14, 2017. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [ECF No. 8] is **DENIED**.

The Court also denies Defendant's alternate Motion for More Definite Statement.

**SO ORDERED,** this 3rd day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1