IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KAREN MISKO, | § | |
| Plaintiff, | § § | |
| v. | § | No. 3:16-CV-3080-M (BT) |
| JANE BACKES d/b/a BACKES QUARTER HORSES, | § § § § | |
| Defendant. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 4, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The Defendant's Motion to Dismiss under the Texas Citizens Participation Act is **DENIED**.

**SO ORDERED,** this 23rd day of May, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE